UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, et al.

In Re:

Dean A. Vitale, Sr. & Patricia A. Vitale,

Debtors.

Case No.:     22-12769-CMG
Chapter:      13
Hearing Date: 7/20/2022
Judge:        Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 13)

_____

Date: 7/18/2022                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*