| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-12769 / CMG**

Dean A Vitale, Sr.
Patricia A Vitale

Petition Filed Date: 04/05/2022
341 Hearing Date: 05/05/2022
Confirmation Date: 12/07/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/02/2022 | $200.00 | 84419620 | 06/06/2022 | $200.00 | 85129320 | 08/08/2022 | $200.00 | 86369070 |
| 08/08/2022 | $200.00 |  | 08/09/2022 | $200.00 | 86401770 | 09/09/2022 | $200.00 |  |
| 10/11/2022 | $200.00 |  | 11/08/2022 | $200.00 |  | 12/08/2022 | $200.00 |  |
| 01/10/2023 | $200.00 |  | 02/08/2023 | $200.00 |  | 03/08/2023 | $200.00 |  |

**Total Receipts for the Period:  $2,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dean A Vitale, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Otto J. Kostbar, Esq.<br>»»  AMD DISCLOSURE 5/4/22 | Attorney Fees | $2,500.00 | $1,841.60 | $658.40 |
| 1 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK/JUDGMENT DC-011768-21 | Unsecured Creditors | $581.26 | $0.00 | $581.26 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2010/CRAM TO $0 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2021 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2006-2007,2010,2013/CRAM BAL | Unsecured Creditors | $54,757.90 | $0.00 | $54,757.90 |
| 5 | FORD MOTOR CREDIT COMPANY LLC<br>»»  JUDGMENT/DC-016061-14 | Unsecured Creditors | $1,400.13 | $0.00 | $1,400.13 |
| 6 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $730.46 | $0.00 | $730.46 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK (USA), NA | Unsecured Creditors | $392.89 | $0.00 | $392.89 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $567.42 | $0.00 | $567.42 |
| 9 | LVNV FUNDING LLC<br>»»  JUDGMENT/DC-012370-15 | Unsecured Creditors | $921.41 | $0.00 | $921.41 |
| 10 | US BANK NATIONAL ASSOCIATION<br>»»  P/206 ADIRONDACK AVE/1ST MTG/ORDER 8/2/22 | Mortgage Arrears | $174,237.07 | $0.00 | $174,237.07 |

**Chapter 13 Case No. 22-12769 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Plan Balance: | $9,600.00 ** |
| Paid to Claims: | $1,841.60 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $187.20 | Arrearages: | ($200.00) |
| Funds on Hand: | $371.20 | Total Plan Base: | $12,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for FREE! Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**