UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-12769 |
| VITALE SR., DEAN A | Chapter: | 7 |
| VITALE, PATRICIA A | Judge: | CMG |

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on October 10, 2023  at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   Real Estate at 206 Adirondack Avenue, Spotswood, NJ  08884.  The property is valued at $452,860 based on a CMA.  Allowing for mortgage payoff and costs of sale, there would be no funds available for a meaningful distribution to creditors.

Liens on property:

Select Portfolio Servicing-$428,746

Amount of equity claimed as exempt:

None.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:
                                                              Case No. 22-12769-CMG

Dean A Vitale, Sr.                                                Chapter 7

Patricia A Vitale

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                   Page 1 of 3

Date Rcvd: Sep 12, 2023                           Form ID: pdf905                         Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dean A Vitale, Sr., Patricia A Vitale, 206 Adirondack Ave, Spotswood, NJ 08884-1306 |
| 519549300 | + | BAC Services, Llc., Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 519549308 | + | Latitude Subrugation Services, PO Box 2167, Birmingham, MI 48012-2167 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 12 2023 20:28:49 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 12 2023 20:38:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519549302 | + | Email/Text: documentfiling@lciinc.com | Sep 12 2023 20:36:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519564578 | + | Email/Text: kmorgan@morganlaw.com | Sep 12 2023 20:38:00 | Ford Motor Credit Company LLC, c/o Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519549303 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2023 20:37:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 519549307 | ^ | MEBN | Sep 12 2023 20:28:48 | KML Law Group, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 519551772 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:46:32 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519634577 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:46:48 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519584684 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2023 20:47:16 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519549309 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:46:44 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519549310 | + | Email/Text: bankruptcy@savit.com | Sep 12 2023 20:38:00 | SaVit Collection Agency, Attn: Bankruptcy, Po |

|  |  |  | Box 250, East Brunswick, NJ 08816-0250 |
|---|---|---|---|
| 519549312 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
|  |  | Sep 12 2023 20:38:00 | Select Portfolio Servicing, PO Box 65250, Bankruptcy Dept, Salt Lake City, UT 84165-0250 |
| 519637764 |  | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
|  |  | Sep 12 2023 20:38:00 | U.S. Bank N.A., as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519628388 | + | Email/PDF: ebn_ais@aisinfo.com | |
|  |  | Sep 12 2023 20:47:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519549301 | *+ | BAC Services, Llc., Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 519549305 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 519549306 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 519549304 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081 |
| 519549311 | *+ | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2023                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Otto J. Kostbar | on behalf of Joint Debtor Patricia A Vitale ojkostbar@gmail.com |
| Otto J. Kostbar | on behalf of Debtor Dean A Vitale  Sr. ojkostbar@gmail.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Orr | |

District/off: 0312-3                          User: admin                                    Page 3 of 3
Date Rcvd: Sep 12, 2023                   Form ID: pdf905                          Total Noticed: 19

on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee
                                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7