Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22–12769–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dean A Vitale Sr.                          Patricia A Vitale
206 Adirondack Ave                         206 Adirondack Ave
Spotswood, NJ 08884                        Spotswood, NJ 08884

Social Security No.:
xxx–xx–0060                                xxx–xx–1346

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

    I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real Estate at 86 Courtland Lane, Bedminster, NJ.

Dated: October 4, 2023
JAN: gan

Jeanne Naughton
Clerk