**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dean A Vitale Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0060<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia A Vitale<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1346<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   22–12769–CMG

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dean A Vitale Sr.                                  Patricia A Vitale

11/28/23                                           **By the court:**   Christine M. Gravelle
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-12769-CMG |
| Dean A Vitale, Sr. | Chapter 7 |
| Patricia A Vitale | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: 318 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dean A Vitale, Sr., Patricia A Vitale, 206 Adirondack Ave, Spotswood, NJ 08884-1306 |
| 519549300 | + BAC Services, Llc., Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 519549308 | + Latitude Subrugation Services, PO Box 2167, Birmingham, MI 48012-2167 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Nov 28 2023 20:49:16 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| tr | + EDI: QTJORR.COM | Nov 29 2023 01:41:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 28 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 28 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 28 2023 20:55:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519549302 | + EDI: COMCASTCBLCENT | Nov 29 2023 01:41:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519564578 | + Email/Text: kmorgan@morganlaw.com | Nov 28 2023 20:55:00 | Ford Motor Credit Company LLC, c/o Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519549303 | EDI: IRS.COM | Nov 29 2023 01:41:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 519549307 | ^ MEBN | Nov 28 2023 20:49:16 | KML Law Group, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 519551772 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 20:56:07 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519634577 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 20:55:42 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519584684 | EDI: PRA.COM | Nov 29 2023 01:41:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519549309 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 20:55:42 | Resurgent Capital Services, Attn: Bankruptcy, Po |

Case 22-12769-CMG    Doc 69    Filed 11/30/23    Entered 12/01/23 00:16:21    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 318 | Total Noticed: 20 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 10497, Greenville, SC 29603-0497 |
| 519549310 | + | Email/Text: bankruptcy@savit.com Nov 28 2023 20:55:00 | | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519549312 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Nov 28 2023 20:55:00 | | Select Portfolio Servicing, PO Box 65250, Bankruptcy Dept, Salt Lake City, UT 84165-0250 |
| 519637764 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Nov 28 2023 20:55:00 | | U.S. Bank N.A., as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519628388 | + | EDI: AIS.COM Nov 29 2023 01:41:00 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| 519549301 | *+ | BAC Services, Llc., Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 519549305 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 519549306 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 519549304 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081 |
| 519549311 | *+ | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Otto J. Kostbar | on behalf of Joint Debtor Patricia A Vitale ojkostbar@gmail.com |
| Otto J. Kostbar | on behalf of Debtor Dean A Vitale Sr. ojkostbar@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: 318 | Total Noticed: 20 |

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7